UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| AMANDA THIBODEAUX | : | |
| VERSUS | : | CIVIL ACTION NO. 6:13-CV-03073 |
| THE CITY OF RAYNE, ET AL | : | JUDGE DOHERTY, MAG. JUDGE HILL |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## MOTION TO DISMISS
### PURSUANT TO RULES 12(b)(4), 12(b)(5), AND 12(b)(6)

NOW INTO COURT, through undersigned counsel, come the CITY OF RAYNE, erroneously referred to as the City of Rayne through Jim Pettingjean, Mayor of Rayne; JAMES PETITJEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS FORMER MAYOR OF THE CITY OF RAYNE, erroneously referred to as Jim Pettingjean; the RAYNE POLICE DEPARTMENT, erroneously referred to as the Rayne Police Department through Chief Carol Stelly; CHIEF CARROLL STELLY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF RAYNE, erroneously referred to as Chief Carol Stelly; and OFFICER EDDIE GUIDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF RAYNE, erroneously referred to as PFC Eddie Guidry, solely for the purpose of this motion, who aver as follows:

1.

With regard to the service of the aforementioned defendants, said defendants plead insufficiency of citation and insufficiency of service of process and, therefore, that this Court lacks jurisdiction over the persons of the defendants.

2.

The defendants assert that since service of process has not been requested within 90 days of the commencement of the action in state court or within 120 days of its removal to federal court, this lawsuit must be dismissed pursuant to La. R.S. 13:5107(D), La. Code of Civil Procedure Art. 1672 ( C ) and FRCP Rule 4(m).

3.

Additionally, since the filing of the action did not interrupt or suspend the running of prescription against these defendants, plaintiff's claims against them are therefore prescribed. La. R.S. 13:5107(D)(3).

WHEREFORE, premises considered, the defendants, the CITY OF RAYNE, erroneously referred to as the City of Rayne through Jim Pettingjean, Mayor of Rayne; JAMES PETITJEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS FORMER MAYOR OF THE CITY OF RAYNE, erroneously referred to as Jim Pettingjean; the RAYNE POLICE DEPARTMENT, erroneously referred to as the Rayne Police Department through Chief Carol Stelly; CHIEF CARROLL STELLY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF RAYNE, erroneously referred to as Chief Carol Stelly; and OFFICER EDDIE GUIDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF RAYNE, erroneously referred to as PFC Eddie Guidry, pray for a Judgment against plaintiff, AMANDA THIBODEAUX, dismissing plaintiff's Petition for Damages at the plaintiff's cost due to the aforementioned deficiency enumerated hereinabove.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY: _____s/John F. Wilkes, III_____
     JOHN F. WILKES, III (Bar Roll #1644), T.A.
     JOY C. RABALAIS (Bar Roll #26476)
     TONYA R. SMITH (Bar Roll #30065)
     RAY F. LUCAS, III (Bar Roll #27558)
     KATHY L. SMITH (Bar Roll #30731)
     BRENDA L. MISTROT (Bar Roll #20264)
     DAVID C. CLARKE (Bar Roll #33062)
     200 West Congress Street, Suite 1000
     Post Office Box 4305
     Lafayette, Louisiana 70502-4305
     Telephone: (337) 232-1604 Ext. 224
     Facsimile: (337) 232-1837
     E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR THE CITY OF RAYNE, erroneously referred to as the City of Rayne through Jim Pettingjean, Mayor of Rayne; JAMES PETITJEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS FORMER MAYOR OF THE CITY OF RAYNE, erroneously referred to as Jim Pettingjean; the RAYNE POLICE DEPARTMENT, erroneously referred to as the Rayne Police Department through Chief Carol Stelly; CHIEF CARROLL STELLY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF RAYNE, erroneously referred to as Chief Carol Stelly; and OFFICER EDDIE GUIDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF RAYNE, erroneously referred to as PFC Eddie Guidry

## CERTIFICATE

I HEREBY CERTIFY that on April 22, 2014, a copy of the foregoing Motion to Dismiss Pursuant to Rules 12(b)(4), 12(b)(5), and 12(b)(6) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to S. Stephen Spring, II by operation of the court's electronic filing system.

                                            s/John F. Wilkes, III
                                JOHN F. WILKES, III (Bar Roll #1644)
                                    BORNE & WILKES, L.L.C.
                                        Attorney for Defendants