UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

AMANDA THIBODEAUX                      :

VERSUS                                 :     CIVIL ACTION NO. 6:13-CV-03073

THE CITY OF RAYNE, ET AL               :     JUDGE DOHERTY, MAG. JUDGE HILL

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

MOTION TO DISMISS
PURSUANT TO RULE 12(b)(2)

NOW INTO COURT, through undersigned counsel, comes the RAYNE POLICE

DEPARTMENT, solely for the purpose of this motion, who avers as follows:

1.

The RAYNE POLICE DEPARTMENT excepts to plaintiff's Petition for Damages on the

ground that the "Rayne Police Department" is not a juridical person under the laws of Louisiana

as defined by Civil Code article 24 and thus lacks procedural capacity to be sued pursuant to

Louisiana Code of Civil Procedural articles 731, et seq., and under federal law as well.

WHEREFORE, premises considered, the defendant, the RAYNE POLICE

DEPARTMENT, prays that there be judgment rendered herein in favor of the RAYNE POLICE

DEPARTMENT and against plaintiff, Amanda Thibodeaux, requiring the latter to prove that the

"RAYNE POLICE DEPARTMENT" is a juridical person under the laws of the State of

Louisiana and federal law which has procedural capacity to be sued, and in the absence of such

proof, the RAYNE POLICE DEPARTMENT prays that plaintiff's Petition for Damages be

amended to delete reference to the "RAYNE POLICE DEPARTMENT" as a separate,

independent and distinct juridical person and that the suit filed against the "RAYNE POLICE

DEPARTMENT" as such be dismissed, with prejudice, at plaintiff's cost.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY: _____ s/John F. Wilkes, III _____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
BRENDA L. MISTROT (Bar Roll #20264)
DAVID CLAY CLARKE (Bar Roll #33062)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana  70502-4305
Telephone:  (337) 232-1604 Ext. 201
Facsimile:  (337) 232-1837
E-mail:  wilkes@bornewilkes.com

ATTORNEYS FOR THE RAYNE POLICE
DEPARTMENT

CERTIFICATE

I HEREBY CERTIFY that on April 22, 2014, a copy of the foregoing Motion to Dismiss Pursuant to Rule 12(b)(2) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to S. Stephen Spring, II by operation of the court's electronic filing system.

s/John F. Wilkes, III

JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendant
