STATE OF LOUISIANA

PARISH OF Acadia

AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the aforesaid Parish and State, personally came and appeared MAYOR ROLAND BOUDREAUX, who, after being duly sworn, did depose and say:

That he is the duly elected Mayor for the City of Rayne, Parish of Acadia, Louisiana;

That the Rayne Police Department is merely a subdivision of the City of Rayne and is not an autonomous, separate, independent or distinct body corporate but rather is merely an agency or division of the greater corporate juridical body, that being the City of Rayne.

That the City of Rayne has not granted the Rayne Police Department the status of a corporate body and has not placed it under a separate board with powers of self government.

THUS DONE AND SIGNED on this 1st day of May, 2013, at Rayne, Louisiana, in the presence of the undersigned competent witnesses and me, Notary, after due and complete reading of the whole.

WITNESSES:

Printed Name: Chrissy Comeaux

Printed Name: Michelle Hensgens

MAYOR ROLAND BOUDREAUX

NOTARY PUBLIC
Printed Name: Janet Boudreaux
ID or Bar Roll Number: 050768
Commission Expires: At Death

