UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| AMANDA THIBODEAUX | * | CIVIL ACTION NO. 13-3073 |
| VS. | * | JUDGE DOHERTY |
| CITY OF RAYNE, ET AL. | * | MAGISTRATE JUDGE HILL |

## ORDER

Oral argument on the Motion to Dismiss Pursuant to Rules 12(b)(4), 12(b)(5), and 12(b)(6) filed by defendants, the City of Rayne, James Petitjean, individually and in his official capacity as former mayor of the City of Rayne, the Rayne Police Department, Chief Carroll Stelly, individually and in his official capacity as Chief of Police of the City of Rayne, and Officer Eddie Guidry, individually and in his official capacity as a police officer for the City of Rayne, on April 22, 2014 [rec. doc. 3], and the Motion to Dismiss Pursuant to Rule 12(b)(2) filed by defendant, Rayne Police Department, on April 22, 2014 [rec. doc. 4], is set for **June 12, 2014, at 10:00 a.m. in Courtroom 6**.

Signed this 6th day of May, 2014, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE