UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **AMANDA THIBODEAUX** | **CIVIL ACTION 6:13CV3073** |
| **VERSUS** | **JUDGE DOHERTY** |
| **CITY OF RAYNE, ET AL.** | **MAGISTRATE JUDGE HILL** |

## NOTICE

On June 5, 2014, a **MOTION FOR LEAVE TO FILE LATE-FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** was filed by Amanda Thibodeaux. Mover does not indicate whether opposing counsel consent to the granting of this motion as required by **LR7.4.1, 7.6 or 7.9**. Mover was notified of this deficiency on June 6, 2014, but has failed to correct it. Unless the deficiency is corrected by August 8, 2014, the **MOTION FOR LEAVE TO FILE LATE-FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** filed by Amanda Thibodeaux on June 5, 2014, will be stricken from the record.

July 17, 2014, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE