RECEIVED

AUG 1 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| AMANDA THIBODEAUX | * | CIVIL ACTION NO. 13-3073 |
| VS. | * | JUDGE DOHERTY |
| CITY OF RAYNE, ET AL. | * | MAGISTRATE JUDGE HILL |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Amended Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss Pursuant to Rules 12(b)(4), 12(b)(5), and 12(b)(6) filed by defendants, the City of Rayne through James Petitjean, Mayor of Rayne; James Petitjean, individually and in his official capacity as former mayor of the City of Rayne, the Rayne Police Department, Chief Carroll Stelly, individually and in his official capacity as Chief of Police of the City of Rayne, and Officer Eddie Guidry, individually and in his official capacity as a police officer for the City of Rayne [rec. doc. 3], and the Motion to Dismiss Pursuant to

Rule 12(b)(2) filed by defendant, Rayne Police Department [rec. doc. 4], are GRANTED, and that all claims filed against defendants are DISMISSED WITHOUT PREJUDICE.

Lafayette, Louisiana, this _19_ day of _August_, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE